IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>   v.<br><br>FRANK FIROZ,<br><br>            Defendant. | **8:12CR391**<br><br>**JUDGMENT** |

This matter is before the court after a sentencing hearing on January 8, 2015. Pursuant to findings made on the record at the hearing and the Memorandum and Order entered on December 31, 2014 (Filing No. 588),

IT IS HEREBY ORDERED that judgment is entered in favor of the United States and against defendant Frank Firoz in the amount of $357,300.00, together with interest from and after this date as allowed by law.

Dated this 13th day of January, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge