IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>FRANK FIROZ,<br><br>      Defendant. | 8:12CR391<br><br>ORDER |

  This matter is before the court on defendant's Affidavit In Forma Pauperis (Filing No. 666) which the court construes as a Motion for Leave to Proceed In Forma Pauperis. The defendant moves to proceed without being required to prepay fees or costs. The court finds the motion should be granted.

  THEREFORE, IT IS ORDERED THAT:

  1. The Affidavit In Forma Pauperis, (Filing No. 666), construed as a Motion for Leave to Proceed In Forma Pauperis, is granted.

  2. The court reporters are directed to prepare the transcripts for the hearings held on August 11, 2014, November 4, 2014, and January 8, 2015.

  3. The costs associated with preparing the transcripts shall be paid for by CJA funds.

  4. The Clerk's Office is ordered to mail a copy of this order to the defendant's address pursuant to Filing No. 666.

  Dated this 24th day of July, 2015.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge