IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FRANK FIROZ,<br><br>          Defendant. | **8:12CR391**<br><br>**ORDER** |

This matter is before the Court on the defendant's motion to compel, Filing No. 681. The motion is denied for the reasons previously set forth. *See* Filing Nos. 674 (sealed) and 675.

   IT IS SO ORDERED.

Dated this 22nd day of September, 2015

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge